BALBOA INSURANCE COMPANY *v.*
JOSEPH D. ZALESKI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 529, is denied.

*Mark E. Blakeman,* in support of the petition.

Decided December 14, 1987

CLINTON ROWE *v.* RAYMOND GODOU ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 538, is granted, with limitation.

*Bruce L. Levin,* in support of the petition.

Decided December 14, 1987

STATE OF CONNECTICUT *v.* ALFRED J. BARKAL

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Arthur P. Meisler,* in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided December 14, 1987

IN THE MATTER OF L'AMBIANCE PLAZA

The petition for certification by the defendants TPM Architects, Inc., TPM Engineers, Inc., and TPM International for appeal from the Appellate Court is dismissed.

*David A. Haught,* in support of the petition.

Decided December 23, 1987